DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOEY PELUSO,**
Appellant,

v.

**JPMORGAN CHASE BANK, N.A.,**
Appellee.

No. 4D22-1140

[May 18, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502021CC010038XXXXMB.

Joey Peluso, Riviera Beach, pro se.

Carlos Cruanes of the Law Offices of Andreu, Palma, & Andreu, PLLC, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***